UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-22465-CIV-MORENO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CLARA G. MARTINEZ,

       Defendant.
_____/

### ORDER DENYING MOTION TO APPOINT MAGISTRATE AS MEDIATOR

THIS CAUSE came before the Court upon Plaintiff's Motion to Appoint Magistrate as Mediator **(D.E. 19)**, filed on **October 16, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of October 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Clara G. Martinez, Pro Se
1410 SW 119th Ct.
Miami, FL 33184