UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-22465-CIV-MORENO

UNITED STATES OF AMERICA,

      Plaintiffs,

vs.

CLARA G. MARTINEZ,

      Defendants.
_____/

## ORDER SETTING STATUS HEARING

THIS CAUSE came before the Court upon a *sua sponte* review of the record. It is

**ADJUDGED** that a status hearing shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **Tuesday November 6, 2018 at 2:30 PM**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate. Defendant is required to be present.

DONE AND ORDERED in Chambers at Miami, Florida, this ___18___ of October 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

Clara G. Martinez
1410 S.W. 119th Court
Miami, Fl 33184
PRO SE