UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 18-22465-CIV-MORENO**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLARA G. MARTINEZ,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon the Status Hearing held in Open Court on November 6, 2018 at 2:30 PM.

THE COURT notes that Defendant has failed to comply with this Court's Order **(D.E. 20)** by failing to attend the Status Hearing. Accordingly, it is

**ADJUDGED** that Defendant is hereby ordered to show cause as to why she failed to attend the Status Hearing by **Tuesday November 20, 2018 at 12:00 PM**. It is further

**ADJUDGED** that if Defendant fails to respond to this Order by **Tuesday November 20, 2018 at 12:00 PM**, a default will be entered against her.

DONE AND ORDERED in Open Court and Signed in Chambers at Miami, Florida, this __13th__ of November 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Clara G. Martinez, Pro Se
1410 SW 119th Ct.
Miami, FL 33184