UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CIVIL CASE NO. 18-cv-22465-FAM

**UNITED STATES OF AMERICA**

    **Plaintiff,**

vs.

**CLARA G. MARTINEZ**

    **Defendant,**

_____/

FILED by _____ D.C.
NOV 26 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## RESPONSE TO ORDER TO SHOW CAUSE

    Defendant, Clara G. Martinez, hereby respectfully responds to the Court's ORDER TO SHOW CAUSE signed November 13, 2018. (E.C.F. 22)  Through no fault of the Defendant the Courts Order To Show Cause placed on the United States Mail on or about November 16, 2018 was received by the Defendant after Defendant's time for Response to the Order To Show Cause had expired on Tuesday November 20, 2108 due to the Thanksgiving Holidays. (See, Copy of Attached Exhibit A)

    The Defendant received the Order to Show Cause on or about Friday November 23, 2018, a legal holiday and Defendant has promptly complied with the Court's Order upon receipt and has promptly filed a Response on the next available court date of November 26, 2018.

    The reason that the Defendant failed to attend the November 6, 2018, STATUS CONFERENCE set by the Court was because the Defendant never received Notice of the Status Conference in the mail and was unaware ot the Status Hearing set for November 6, 2018.

    The Defendant has promptly complied with all the Courts Order up until now and has vigorously defended this case against the Plaintiff from the beginning and has every intention of continuing to defend the case and comply with each and every order of the Court.

    The Defendant's failure to attend the Status Conference and to promptly respond to the Court's Order to Show Cause was beyond the control of the Defendant.

The Respondent has promptly responded and complied with the Court's Order to Show Cause upon proper receipt of the Notice to Show Cause on November 26, 2018.

A default may not be entered against the Defendant because Defendant's failure was outside of her control and constitutes excusable neglect. The Defendant has a meritorious defense that might affect the outcome the case, granting the Motion would not result in prejudice to the opposing party, and good cause existed for failing to attend the status conference.

WHEREFORE, the Defendant, respectfully requests the Court, to find good cause for Defendant's failure to attend the Status Conference and deny the default or for any other relief that the Court deems necessary.

Dated: November 26, 2018

Respectfully submitted

BY: _____
Clara G. Martinez
1410 SW 119TH COURT
Miami. Florida 33184
Phone: (786) 873-8122
Email: StGeorgie23@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. mail and email to Steven M. Davis 121 Alhambra Plaza 10th Floor Coral Gables, Florida 33134.

Case 1:18-cv-22465-FAM   Document 23   Entered on FLSD Docket 11/27/2018   Page 3 of 5

"EXHIBIT A"

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

MIAMI
FL 331
16 NOV '18
PM 1 L

33184-246310

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 18-22465-CIV-MORENO**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CLARA G. MARTINEZ,

        Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon the Status Hearing held in Open Court on November 6, 2018 at 2:30 PM.

THE COURT notes that Defendant has failed to comply with this Court's Order (**D.E. 20**) by failing to attend the Status Hearing. Accordingly, it is

**ADJUDGED** that Defendant is hereby ordered to show cause as to why she failed to attend the Status Hearing by **Tuesday November 20, 2018 at 12:00 PM**. It is further

**ADJUDGED** that if Defendant fails to respond to this Order by **Tuesday November 20, 2018 at 12:00 PM**, a default will be entered against her.

DONE AND ORDERED in Open Court and Signed in Chambers at Miami, Florida, this 13 of November 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Clara G. Martinez, Pro Se
1410 SW 119th Ct.
Miami, FL 33184