UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-22465-CIV-MORENO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CLARA G. MARTINEZ,

       Defendant.
_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

This cause came before the Court upon a *sua sponte* review of the record.

Defendant Clara G. Martinez has failed to comply with this Court's Orders by first, failing to appear at the status hearing on November 6, 2018 (D.E.20) and, second, by failing to timely respond to the Order to Show Cause (D.E. 22).   Therefore, it is

**ADJUDGED** that the Clerk shall file an Entry of Default against Defendant Clara G. Martinez pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  Upon entry of default, Plaintiff may file a motion for Default Judgment in accordance with Rule 55(b) of the Federal Rules of Civil Procedure.  The Clerk is directed to close the case.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of November 2018.

                                                  _____
                                                  FEDERICO A. MORENO
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Clara G. Martinez, Pro Se
1410 SW 119th Ct.
Miami, FL 33184