UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 18-22465-CIV-MORENO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CLARA G. MARTINEZ,

       Defendant.

_____/

### ORDER DENYING MOTION TO SET ASIDE CLERK'S DEFAULT

THIS CAUSE came before the Court upon Motion to Set Aside Clerk's Default and for

Good Cause **(D.E. 26)**, filed on **December 12, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being

otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of December

2018.

_____

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Clara G. Martinez, Pro Se
1410 SW 119th Ct.
Miami, FL 33184