UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-22465-CIV-MORENO**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CLARA G. MARTINEZ,

       Defendant.

_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Default Final Judgment **(D.E. 28)**, filed on **December 14, 2018**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises.  A default has been entered against Defendant CLARA G. MARTINEZ.  Counsel for Plaintiff filed an Affidavit with the Court as to the amount due from Defendant.  Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**.  Judgment is hereby entered in favor of Plaintiff UNITED STATES OF AMERICA and against Defendant CLARA G. MARTINEZ.  It is further

**ADJUDGED** that Plaintiff shall recover from Defendant CLARA G. MARTINEZ the following sums:

    **A. Principal: $51, 486.86 (after application of all prior payments, credits, and offsets)**

    **B. Interest through May 16, 2018: $ 59, 769. 53**

    **C. Costs: $45.00**

- **Total: $111, 301. 39 (plus interest at the rate of 9% from May 16, 2018, to the date of this judgment, for all of which sums let execution issue.**

o This judgment shall bear interest at the rate as prescribed by 28 §1961 and shall be enforceable as provided by 28 U.S.C. §2001 et seq., 28 U .S.C. §§ 3001- 3307 and Fed. R. Civ. P. 69(a).

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of January, 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Clara G. Martinez, Pro Se
1410 SW 119th Ct.
Miami, FL 33184